IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lee, Odell | Case Number: 08 B 23183 |
|---|---|---|
| | Lee, Patricia | Judge: Wedoff, Eugene R |
| | Printed: 12/23/08 | Filed: 9/2/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Rogers & Hollands Jewelers | Secured | 0.00 | 0.00 |
| 4. | EMC Mortgage Corporation | Secured | 9,421.45 | 0.00 |
| 5. | America's Servicing Co | Secured | 21,000.00 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 79.53 | 0.00 |
| 7. | B-Real LLC | Unsecured | 1,260.84 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 34.48 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 35.82 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 474.42 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 521.33 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 563.33 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 84.12 | 0.00 |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | City Of Chicago | Unsecured | | No Claim Filed |
| 16. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 17. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 18. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 19. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| | | | $ 33,475.32 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lee, Odell
Lee, Patricia
Printed: 12/23/08

Case Number: 08 B 23183
Judge: Wedoff, Eugene R
Filed: 9/2/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

